FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 29 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YAFFA HAMRA on behalf of himself and
all other similarly situated consumers

                      Plaintiff,

-against-

DELTA OUTSOURCE GROUP, INC.

                      Defendant.

---

Case No. 1:16-cv-02259-LDH-PK

STIPULATION OF
DISMISSAL WITH PREJUDICE

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       November 28, 2016

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Buffalo, New York
       November 28, 2016

/s/ Brendan Hoffman Little
Brendan Hoffman Little, Esq.
Lippes Mathias Wexler Friedman LLP
Attorney for the Defendant
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Office: (716) 853-5100
Fax: (716) 853-5199
E-mail: blittle@lippes.com

So Ordered

s/ LaShann DeArcy Hall
LaShann DeArcy Hall
United States District Judge